# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Sonya Jacobs**
**Direct Dial:** +1 646 478 1062
**Email:** sjacobs@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __4/24/2026__ |

April 23, 2026

**VIA ECF**

The Honorable Barbara Moses
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Nelson Driggs-Matos*,
No. 25 Mag. 03893

Dear Judge Moses:

We are CJA counsel to defendant Nelson Driggs-Matos in the above-referenced matter. For the reasons set forth below, we respectfully request that the conditions of Mr. Driggs-Matos's bail be modified to remove the requirement of home detention and instead impose a curfew with location monitoring, with hours to be set at the discretion of Pretrial Services. We have also spoken to the Government and Pretrial Services, who do not object to our request.

Mr. Driggs-Matos was released on conditions that require him, among other things, to "reside at [his] family home . . . under home detention, with location monitoring as directed" by Pretrial Services. Dkt. No. 3. As a result of this condition, Mr. Driggs-Matos has been limited in his employment opportunities. While Mr. Driggs-Matos has been working six to seven days per week as a forklift operator, he believes he can obtain better (and, in particular, better paying) work under less restrictive conditions. In addition, Mr. Driggs-Matos hopes to assist his parents, with whom he lives, with tasks that must take place outside of his residence, such as yard maintenance. We respectfully submit that modifying Mr. Driggs-Matos's conditions of release to a curfew with location monitoring is both reasonable and appropriate under the circumstances. We note in this regard that Mr. Driggs-Matos has been on bail without incident since December 15, 2025.

Again, we have been informed that the Government and Pretrial Services do not object to our request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2

Respectfully,

/s/ Sonya Jacobs
Sonya Jacobs

cc:  AUSA Jerry Fang (by email)
     PSO Francesca Piperato (by email)
     PSO Daisy Brzezinska (by email)

The application is GRANTED.  The
Clerk of Court is respectfully directed
to terminate the motion at ECF No.
16.

**SO ORDERED.**

Dated:     April 24, 2026
           New York, New York

Henry J. Ricardo
United States Magistrate Judge